1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,

11          Respondent,                    No. 2:07-cr-00175 MCE-GGH

12      vs.

13  RICARDO RICKY MADRIGAL,

14          Movant.                        ORDER

15  _____/

16          Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set

17  aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On February 19, 2012, respondent

18  moved to dismiss movant's request.  There is no certificate of service attached to respondent's

19  motion.  Movant has now filed with the court a request for an update on proceedings, which

20  reads in part that "[p]etitioner's Motion was docketed several months ago, and it appears there

21  has been no activity in this case." See Doc. No. 79.

22          Movant's request suggests that he has not received notice of respondent's motion

23  to dismiss, and the court is unable to determine if movant was in fact served, because there is no

24  certificate of service attached to respondent's motion.

25  ///

26  ///

                                        1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  Within 7 days of the filing date of this order, respondent shall serve on movant

3  a copy of the motion to dismiss, and file proof of service with the court.  Failure to serve movant,

4  and to file a proof of service, may result in summary denial of the motion to dismiss; and

5       2.  Movant's response to the motion to dismiss, if any, will be due within thirty

6  days of the date of service given on respondent's proof of service.  Failure of the movant to

7  respond to the motion to dismiss may result in summary denial of the motion to vacate.

8  DATED: July 5, 2012

9                               /s/ Gregory G. Hollows
10                         UNITED STATES MAGISTRATE JUDGE

11 ggh:rb
   madr0175.ord

2